NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MARIE JEANLIUS,                        )
                                       )
              Appellant,               )
                                       )
v.                                     )    Case No. 2D17-2123
                                       )
NAPLES GRANDE BEACH                    )
RESORT,                                )
                                       )
              Appellee.                )
_____)

Opinion filed April 24, 2019.

Appeal from the Commission on
Human Relations; Lee County.

Marie Jeanlius, pro se.

Laura E. Prather and Nicole
Santamaria of Jackson Lewis, P.C.,
Tampa, for Appellee.


PER CURIAM.

          Affirmed.


CASANUEVA, MORRIS, and SMITH, JJ., Concur.